UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

TAREK BAZROUK,

Defendant.

---

**SEALED INDICTMENT**

25 Cr.

25 CRIM 203

## COUNT ONE
### (Hate Crime Act)

The Grand Jury charges:

1.  On or about April 15, 2024, in the Southern District of New York and elsewhere, TAREK BAZROUK, the defendant, willfully caused bodily injury to a victim ("Victim-1") because of Victim-1's actual and perceived race, Victim-1's actual and perceived religion, and Victim-1's actual and perceived national origin, to wit, BAZROUK kicked Victim-1 in the chest, at a protest where Victim-1 was standing with individuals wearing kippahs, carrying Israeli flags, and singing Jewish songs, causing injury to Victim-1.

(Title 18, United States Code, Section 249(a)(1)(A).)

## COUNT TWO
### (Hate Crime Act)

The Grand Jury further charges:

2.  On or about December 9, 2024, in the Southern District of New York and elsewhere, TAREK BAZROUK, the defendant, willfully caused bodily injury to a victim ("Victim-2") because of Victim-2's actual and perceived race, Victim-2's actual and perceived religion, and Victim-2's actual and perceived national origin, to wit, BAZROUK punched Victim-2 in the face, at a protest where Victim-2 was wearing a kippah and had an Israeli flag draped

around his shoulders, causing bodily injury to Victim-2.

(Title 18, United States Code, Section 249(a)(1)(A).)

## COUNT THREE
### (Hate Crime Act)

The Grand Jury further charges:

3. On or about January 6, 2025, in the Southern District of New York and elsewhere, TAREK BAZROUK, the defendant, willfully caused bodily injury to a victim ("Victim-3") because of Victim-3's actual and perceived race, Victim-3's actual and perceived religion, and Victim-3's actual and perceived national origin, to wit, BAZROUK punched Victim-3 in the face, at a protest where Victim-3 was wearing an Israeli flag around his shoulders and a chain with a Jewish star around his neck, causing bodily injury to Victim-3.

(Title 18, United States Code, Section 249(a)(1)(A).)

_____
FOREPERSON

_____
JAY CLAYTON
United States Attorney