

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, NY 10278



May 7, 2025

Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: United States v. Tarek Bazrouk, 25 Cr. 203

Dear Judge Aaron:

  The defendant in the above-captioned case has now been arrested. Accordingly, the United States respectfully moves to unseal the indictment in this matter.

         Respectfully submitted,

         JAY CLAYTON
         United States Attorney

       By: /s/
         Sam Adelsberg
         Jim Ligtenberg
         Assistant United States Attorneys
         (212) 637-2494 / 2665

SO ORDERED:

*[signature] 5/7/2025*

Hon. Stewart D. Aaron
United States Magistrate Judge