# EXHIBIT A

May 8, 2025

Judge Richard M. Berman,

    I, ▮▮▮▮▮▮▮▮, sister of Tarek Bazrouk, am writing this letter on behalf of myself and our family. I ask the courts to please release my brother Tarek on bail. My brother Tarek Bazrouk is a kind, loving, caring, compassionate and young adult who is full of potential. He is full of remorse and regret, and if granted bail my family and I will do everything we can to support him and make sure he follows any guidelines set.

    Tarek recognizes that his actions are serious and he's very sorry for the harm he has caused. Tarek is not hateful towards any specific group of people, and growing up we were always taught to be kind and respectful of all people's different values, religions, and traditions, and actively learn about them. My parents always tried to instill in us that in Islam, we are supposed to spread peace, not violence. Where we come from, we are taught to not hold grudges or ill-will towards anyone, putting peace over everything. I know we will be having extensive conversations with Tarek about his actions.

    Today is just the beginning of Tarek's future, and we are scared that it will be ruined if he is denied bail. Tarek has yet to achieve all that he wanted to in life. He has dreams and goals, such as finishing school, getting a college degree, and becoming a husband and father one day. He was supposed to graduate from ▮▮▮▮▮▮ with an Associate's degree this May and start at ▮▮▮▮▮▮ this Fall for a Bachelor's in real estate or business. He knows how much our parents have sacrificed for us, and his biggest goal is to provide for them so they can retire.

    I fully acknowledge and respect the court's authority, ruling and law. I understand that the legal system plays a huge role in serving justice for all of us Americans fairly. However, I ask

that you please release Tarek Bazrouk on bail. We do not want him to be the product of the prison system, which is known to mentally, physically, and emotionally destroy individuals and set them up for destruction and failure. If my brother is denied bail he will lack the proper resources and support system necessary to make sure he never commits a crime again. I ask the court to please have faith in his ability, and desire, to change.

    I can assure you that our family will do everything to ensure my brother stays on the right path you release him on bail. We will make sure he goes to any meetings, programming, or treatment asked of him. As a family, we will also be discussing with him what motivated him to engage in these acts to ensure it never happens again. I assure you that Tarek will continue with his education, searching for a job, and be surrounded by only positive people.

    I want to end by saying my brother is not just a brother to me, he is a brother, a son, a grandson, a nephew and a friend to many other people who love and admire him. If he is denied bail, not only does this impact me, but it will leave an empty hole in the lives of mine and so many others.

Sincerely,

█████████