**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**

-against-
25 Cr 203

TAREK BAZROUK,

Defendant.

------------------------------------------------------------X


The remand in this case continues pending the Court's written order.


Dated: New York, New York
       May 13, 2025

_____
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/25