**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

-against-

TAREK BAZROUK,

                        Defendant.

25-CR-203 (RMB)

**ORDER**

---

The Court may have one or two questions for counsel before finalizing the bail/detention order. We can discuss at our conference on Tuesday, May 20, 2025 at 9:30 a.m. in Courtroom 17B.

Date: May 16, 2025
New York, New York

*Richard M. Berman*
**RICHARD M. BERMAN, U.S.D.J.**