Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

**ORIGINAL**

Southern District of New York

Caption:

United States of America v.

TAREK BAZROUK,  Defendant.

Docket No.: 25 Cr. 203

Honorable Richard M. Berman
(District Court Judge)

Notice is hereby given that <u>the defendant Tarek Bazrouk</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other [✓] <u>Order Denying Bail</u> (specify) entered in this action on <u>5/21/25</u> (date).

This appeal concerns: Conviction only | __ Sentence only | __ | Conviction & Sentence | __ Other [✓]

Defendant found guilty by plea | | trial | | N/A [✓].

Offense occurred after November 1, 1987? Yes [✓]  No [ ]  N/A [ ]

Date of sentence: _____ N/A [✓]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2025

Appellant is represented by counsel? Yes [✓] | No |  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Daniel Habib, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | (212) 417-8742 |
| Assistant U.S. Attorney: | James Alan Ligtenberg, AUSA |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | Tel: (914) 993-1953 |

ANDREW J. DALACK, ESQ
Signature