# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 16, 2025

**By CM/ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Tarek Bazrouk*
     25 Cr. 203 (RMB)

Dear Judge Berman,

  I write to inform the Court that, on or about June 4, 2025, the District Attorney's Office for Manhattan moved to dismiss the two pending state cases against Tarek Bazrouk under case numbers CR-036587-24NY and CR-002247-25NY because the charges stem from the December 2024 and January 2025 incidents underlying Mr. Bazrouk's federal charges and his recent guilty plea to a violation of 18 U.S.C. § 371. I further understand that both cases were dismissed upon the Manhattan DA's motion.

            Respectfully submitted,

            */s/ Andrew John Dalack*
            Andrew John Dalack, Esq.
            Assistant Federal Defender, SDNY
            (646) 315-1527

Cc: AUSA Samuel Adelsberg
   AUSA James Ligtenberg