# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 17, 2025

**By CM/ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Tarek Bazrouk*
              25 Cr. 203 (RMB)

Dear Judge Berman,

    I write to respectfully request that the Court adjourn the sentencing hearing in the above-captioned case, which is currently scheduled for October 1, 2025. I am counsel of record in *United States v. Odean Thompson*, 25 Cr. 124 (CM), and was on trial in that matter until a jury reached a verdict earlier today. I require additional time to perfect my sentencing submission on Mr. Bazrouk's behalf and review the materials with him. I have discussed this application with the Government, by AUSAs Samuel Adelsberg and Jim Ligtenberg, and they consent to an adjournment. Subject to the Court's schedule, the parties are available for sentencing on October 13, on October 16 (after 12:00p.m.), and on October 22 (before 2:00p.m.).

    I thank the Court for its consideration of this consent application.

Respectfully submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender, SDNY
(646) 315-1527

Cc:   AUSA Samuel Adelsberg
       AUSA James Ligtenberg