# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 13, 2025

**By CM/ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Tarek Bazrouk*
             25 Cr. 203 (RMB)

Dear Judge Berman,

    I write to respectfully request that the Court extend the parties' sentencing submission deadlines in the above-captioned case by one day, so that the defense deadline becomes October 14, 2025, and the Government's deadline October 21, 2025. The Government does not object. Due to the holiday in the Southern District of New York and related public-school closures, the defense requires an additional day to perfect its submission and finalize accompanying documents bearing on the Court's application of the 18 U.S.C. § 3553(a) factors to Tarek Bazrouk.

    I thank the Court for considering this unopposed application.

                                                Respectfully submitted,

                                                Andrew John Dalack, Esq.
                                                Assistant Federal Defender, SDNY
                                                (646) 315-1527

Cc:    AUSA Samuel Adelsberg
          AUSA James Ligtenberg