# EXHIBIT A

Your Honor,

These past several months in MDC Brooklyn have made me realize, if I'm against violence, why would I use it against anyone else? More than anything I wish I could go back and redo those moments. Instead of punching and kicking others, I would result to talking and finding ways to make peace and serve justice. I am sorry for the pain and hurt I caused my victims. I am sorry I used violence against them and I am sorry that I targeted them for their religion, ethnicity, and affiliation with Israel.

It is not easy being Palestinian. Every time I travelled back to my family's home in Palestine, all I ever saw were people, including myself, be searched and wait hours to go through military checkpoints. I'd see people get beat up by Israeli soldiers for no reason. Last year when I went to pray at Al Aqsa Mosque, I saw 2 people searched by Israeli soldiers and stabbed. Nobody could do anything because if they stepped in, the same thing would happen to them. In our house the electricity and water would shut off and you would just have to deal with it until the government decided to turn it back on. I would visit and bring sweets to friends who were just shot with rubber bullets and live ammunition for attending peaceful protests in the West Bank. That was the daily reality, and it hurt to see how it affected my people and myself.

All I want is justice for all and peace in my homeland. But what I realize now is that there is too much hate and violence going on around the world, that violence only creates more violence and suffering. We have to find solutions to bring peace upon everyone. If violence is all we turn to, it will be a never-ending cycle of murder and genocide. I don't want to see more attacks on Israel like the one committed by Hamas on October 7. I don't want to see any more people in Gaza die of starvation or from bombings. What I know now that I wish I knew a year ago is this: I'm certain that punching and kicking Jewish or Israeli people won't solve anything. It won't make me feel better. It won't take away the pain and suffering of Palestinians. And it certainly won't help bring Palestinians and Israelis closer together.

Over the past 2 years I've seen college students in Vermont be hunted, a child in Chicago be killed, a father in Texas be killed, just for being Palestinian. I was also horrified when I learned about the two young Israeli embassy staffers murdered in Washington DC, and about the firebombing of a pro-Israel protest in Colorado. Nobody should be attacked for their beliefs or for who they are. I apologize to the victims because I kicked them and punched them and hurt them for their beliefs, for their identity. Two wrongs don't make a right, if I'm going to protest against violence, then it makes no sense for me to use violence to make my point. I was wrong and there is no excuse.

Judge, when I was first sent to MDC Brooklyn, I was so sad and upset. But through my family's support, I learned a valuable lesson: out of the darkness, the light always emerges. I have seen

terrible things in jail. Grown men doing awful things to one another out of greed and envy. But I've also learned about resilience and the power of the human spirit to overcome. I am proud of how I have spent my time at MDC Brooklyn, of the job I obtained in the kitchen and the classes I took on anger management. Out of all this negativity, something positive happened to me. I learned about myself. I learned that if I'm against violence, I can't use violence. My actions were selfish and took the focus away from the justice and peace that the people of Gaza deserve. It goes against my family's morals because all they ever taught me was peace, and to be against the violence that has affected my cousin and themselves. It put them down because I did something they're against. When I come out of prison, I plan on talking to people about my story so that they can learn from my mistakes and find peaceful solutions to their problems. I hope one day I can meet the people I assaulted, sit down and talk with them, and apologize to them face to face.

I am also motivated to get mental health treatment to help me find better ways to cope with stress and the pain I feel when I see my people suffering. Through the programming I have been fortunate to pursue at MDC Brooklyn, I understand that I have bottled up a lot of my anger and anxiety. It feels so much better to talk about my problems than to let them stew inside of me. My sessions with my attorney and his staff have helped me better understand that I need therapy to help process my feelings, and I am excited to do that work on the outside, with the Court's help. My attorney has talked to me a lot about what Your Honor expects of his defendants on supervised release. Judge, I won't let you down and I will enthusiastically follow your directions and happily participate in any mental health curriculum you order.

I miss my family a lot, I'm not used to being this far from them and only speaking with them 10 minutes a day. It's been really lonely and I've had a lot of anxiety. They're stressed out too, I'm the youngest so they're not really used to me being out of the house for too long. They take time out of their busy schedules and even take off work to visit me, which I feel bad about. This has been traumatizing for all of us, and I hope to be with my family and loved ones again. I also hope to get my life back on track. I am eager to return to school and obtain a bachelor's degree. I have so much life ahead of me and I am excited for the future. I also know that I will never, ever put myself in a position again where I could return to jail.

There is no excuse for my behavior. I could tell you how I let my feelings over the suffering in Gaza get the best of me, but that would fail to capture how I made the wrong choice on three different occasions. I know that, no matter how angry, sad, or upset I may be, violence is never the right response. I hope when I'm out that I can preach to others and unite one another with actual solutions. I hope to sit, grab some food, and talk. More than anything else, I really want to go home and give my mother a hug. Thank you for reading my letter your Honor.

Tarek Bazrouk