# EXHIBIT B

# Certificate of Completion

**U.S. Department of Justice**
Federal Bureau of Prisons

We present this Certificate to

*Tarek Bazrouk*

**LEADERSHIP & INFLUENCE COURSE**

*Adult Continuing Education / Recreation Curriculum*

A. DeVastey

**A. DeVastey – Education Technician**
**July 30th, 2025**

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

**Bazrouk, Tarek**
Reg. No. 79913-511

has satisfactorily completed

**The "Anger" Workbook**

and is hereby awarded this certificate, this 11th day of September, 2025.

Dr. Rosinski
Staff Psychologist

