# EXHIBIT C

Dear Honorable Judge Richard M. Berman,

My name is Ikram Bazrouk and I am writing this mitigation letter for my loving son Tarek Bazrouk. I hope that you take everything I have to say into careful consideration when it is time for sentencing. My son Tarek is only 20 years old, he is my youngest of four children and has always been a respectful, selfless and compliant son. I would like to share some things with Your Honor that you may not know, and I sincerely ask that you take it all into consideration before you decide on a fair and just judgement.

I want to be clear that Tarek has friends, family, and a strong outside community that loves and supports him. He has me, his siblings, his grandmother, and his father who are all committed to standing by him and supporting his ability to succeed as a young adult if given the opportunity to correct his path while he is still young and has the chance to turn his life around. Tarek is a gentle boy with a sweet and kind heart. He is incredibly compassionate toward others. Growing up, my husband and I raised our children to lead with love and to accept others for who they are, regardless of their religion or beliefs. As a stay at home mother and wife with three other children to care for, I've always been able to count on Tarek even with him being the youngest of my children. Whenever I had a hard day at home, he was often the first to step in and lend a helping hand. He would encourage his siblings to help with chores, assist me with cooking for the family, and often took on cleaning responsibilities just to give me more time to rest. Tarek has always been charismatic and upbeat. He had a way of brightening my day, especially during stressful evenings. He worked hard in school and always made it his goal to make his father and I proud. He was expected to graduate with his associate degree this past May and was also attending real estate school at the same time. But what made me the proudest were the little moments when he would say, "Mama, I finished class," or "Mama, I'm going to make us chicken and waffles tonight so you don't have to cook." It was the little but small and thoughtful gestures that showed me how selfless Tarek really was.

As I mentioned earlier, my husband and I raised our children to lead with love, to accept others for who they are, regardless of their religion or beliefs, even when they may not see eye to eye. Before I begin, I want to be clear—I do not condone the crimes my son has pled guilty to, and I fully acknowledge the severity of his actions and the harm they have caused the community

and victims. As a mother, I am aware of certain personal traumas my son has experienced growing up that could have contributed to his actions. Tarek was only three years old when his cousin was shot in the Middle East and I don't believe he ever properly processed or grieved that loss. When the recent conflict between Palestine and Israel intensified, he felt a deep emotional response and a misguided sense of responsibility to do something and begin attending protests; anything to try to stop the suffering he saw. Although his actions truly caught me off guard, I believe they were driven by a combination of emotional intensity, the highly charged political climate in New York City and a misguided sense of responsibility for the ongoing conflict. Tarek knows that we have never condoned violence as a way of solving problems, and he knows our deep disappointment in him that he let himself walk down the wrong path.

     Tarek has accepted responsibility by pleading guilty to the offense he has been charged with. During our weekly, brief visits at the prison, I can see the deep remorse he feels. He consistently verbalizes regret, sorrow, and a genuine desire to take accountability and work through the underlying traumas and issues that may have contributed to his actions. However, the environment at the Metropolitan Detention Center does not provide the proper resources or support needed for that kind of rehabilitation. In fact, it has only added to his trauma as MDC Brooklyn is famously known for its inhumane and barbaric conditions.

     The arrest of my son has deeply affected me in ways that are hard to put into words and will forever stick with me. As a mother watching my youngest child make mistakes and have to face consequences that I cannot control breaks my heart. Me, my husband Tarek's grandmother who is extremely old of age and believes she will die before he gets released have experienced overwhelming feelings of guilt, helplessness and sorrow as the adults and his primary caregivers. We have questioned if there is anything that we could have done differently as parents, replaying his childhood and the way we raised him. It has also placed a strain on our family life. It has disrupted our normalcy, relationships and daily routines. The weekly visits to the detention center are emotionally exhausting and painful. Despite all of this, I ask you to please take into consideration the time my son has served and allow him to return home as soon as possible. I know this is only a chapter of growth for my son and our family.

     Looking ahead, Tarek has been spending a lot of time thinking about how to rebuild his life when he his released and what he could do for school and work, how to make amends with the community and how to get back on track. Once he is released, Tarek will receive professional

mental health support to begin addressing the traumas that may have shaped his actions, beginning searching for work immediately. He has expressed a strong desire to engage in therapy and any mental health counseling he may need to manage his emotions and gain tools for healing and growth. As mentioned earlier, Tarek has always been an intelligent young man. He will continue to pursue his higher education and focus on his schooling and most importantly he is committed to being surrounded by family. Me and my husband are committed to providing a stable home, be an emotional support system and the structure he needs to re-enter into society.

      To conclude, I ask that you please take into consideration everything I have had to say. I thank you for taking the time to read this and may God bless you.

Sincerely,

Ikram Bazrouk