# EXHIBIT D

Honorable Richard M. Berman
United States District Judge
Southern District of New York

Dear Honorable Judge Richard M. Berman,

My name is Anwar Bazrouk and I am writing this letter on behalf of my younger brother, Tarek Bazrouk.

Throughout the years I have grown up with my brother he has always been known to be kind, caring, silly, honest, compassionate, patient, and a young man who loved to give back to the community. His commitment to give back to the community is something that I have always looked up to and inspired me to always do the same. Tarek never hesitated to volunteer his time at the local mosque or to help a friend or family member out in times of hardships making his selflessness stand out. Before Tarek was incarcerated, I was carrying the weight of losing my job which placed a heavy burden on me and my family, especially being one of the oldest siblings in the household. This left me constantly feeling emotionally distressed and overwhelmed. During that time, I often found Tarek to be an emotional support system and someone to confide in. His ability to help me navigate the uncertainty of the situation I was facing is something I will always be grateful for. One thing I admire about Tarek is his ability to stay dedicated. I have constantly seen Tarek dedicate his time and efforts to his education. Tarek has always prioritized his education and constantly prioritized fostering great relationships with his professors. Not being able to complete his last semester of college due to his incarceration was very difficult on Tarek and I have seen this firsthand as he has frequently expressed his wishes to continue his studies while in prison.

I fully acknowledge and am aware of the crimes Tarek has pleaded guilty to. As a family, we have consistently conveyed our disappointment to Tarek and told him how sad and angry we are that he hurt other people. Simply put, we raised him differently. In our conversations with Tarek, we have reminded him that he not only made the people he assaulted victims, but he made us victims of his selfish actions. However, I ask you to take into consideration the time Tarek has already spent at the Metropolitan Detention Center alongside my letter. I can assure you Tarek is remorseful. Tarek is a young man full of personal trauma. He has had to grieve the murder of his cousin Rashad Khater at only 3 years old and since then carry that burden while witnessing the ongoing war in the Middle East. Tarek has always expressed his feeling of guilt and helplessness to those suffering the consequences of this war. Growing up, he has held misdirected anger that I can assure with proper and professional guidance and better coping mechanisms he will not repeat the same mistakes.

At time of sentencing Tarek will have spent almost six months at the Metropolitan Detention Center of Brooklyn. Although my family and I are not detained there, we are serving this time with him. Tarek's incarceration has felt like a death we have all had to grieve. It has been many sleepless nights for myself and my parents. I have had to watch my mother cry herself to sleep many nights in a row with the feeling of uncertainty and helplessness. I have since begun to suffer from anxiety, social withdrawals and other related mental disorders. Tarek's behavior has

changed since his arrest, he has recognized his wrongdoings and his eagerness to stay out of legal trouble and rebuild his life when his case is closed is something I am proud of.

Once Tarek's case is complete he has future plans to establish a career and finish his bachelor's degree at Baruch College. Tarek currently has an admissions letter awaiting for him when he returns and is eager to continue his studies. Tarek will return to and reside at our family home in midtown Manhattan. Speaking on behalf of our family we plan to support Tarek financially, mentally and physically. I will help my brother establish a career by helping him with resume writing, going with him to career fairs, career centers and networking. We plan to emotionally support Tarek by enrolling him in mental health services and having conversations with him about how he is feeling as well as any and all additional things he may need.

I thank you once again for taking the time to read this letter and hope you take into consideration what I have to say.

Sincerely,

Anwar Bazrouk