# EXHIBIT F

Dear Honorable Judge Richard M. Berman,

My name is Anwr and I have been childhood friends with Tarek Bazrouk for almost 10 years now. I first met Tarek 2 years after moving into my current home in 2013. Tarek was also moving in as a new tenant with his family and quickly turned from a neighbor to a very close friend of mine.

All I've ever known Tarek to be is a kind, sweet and helpful friend. I have a birth defect known as spina bifida, that's left me paralyzed from the waist down and wheelchair bound for life. Throughout the time I have known Tarek there was never a time he hesitated to help me get from point A to point B. If I asked for help, he always helped me with my homework, would come over to my place and help me get things done. Having a friend that lived in the same building as me was truly a blessing, if I wanted to get a quick snack or was ever hungry and needed help making a quick lunch Tarek never hesitated to come downstairs. In March, I was recovering from a surgery and was hospitalized since surgery didn't go as planned. Throughout my hospitalization Tarek visited me many times, bought me lunch, snacks, and never failed to neglect my needs. He made sure I was well taken care of getting a speedy recovery. My transition from high school into college was also extremely difficult for me. As Tarek is a year older than me and had already graduated high school he was well familiar with the college application process. Tarek was extremely supportive during this time and helped me with the college application process. Tarek helped me apply to colleges, enroll in college courses, and apply for all disability services that would lawfully be provided to me throughout college.

Tarek's actions were truly a mistake. I do not know him as someone who is violent or harmful to anyone or any group of people. It is something that was unexpected and honestly I was in shock because this is something that is not in his nature. I can tell Tarek regrets all that has occurred and although he cannot take it back, he hopes that in the future he can use this negative moment and learn from it.

Tarek's incarceration has affected me negatively because it hurts knowing I do not have a friend close by, especially being wheelchair bound. As I mentioned earlier, since I have spina bifida not having Tarek around especially in times of hardship such as my hospitalization has been hard on me. It has been hard having to adjust to a new life without Tarek as Tarek would always take me out, help me commute as again I am wheelchair bound, always hangout with me and take me out to dinner and go to the pier. I have seen first hand how his arrest affected Tarek's family and my family because we would hangout, specifically his brother. Tarek's brother has isolated himself and is not the same person I once knew.

I know that Tarek will live with his family when he returns and emotionally when he comes out I will help him recover step by step and motivate him to finish college and look for a job within the marketing field because that's the career field he is striving for.

                                                                  Sincerely,
                                                          Anwr Albadani