# EXHIBIT G

Honorable Richard M. Berman
United States District Judge
Southern District of New York


Dear Judge Berman,

My name is Fadi Shuman, and I am a student at Columbia University. A few months into my first semester in Fall 2023, when I moved to New York City, I met Tarek, and we quickly grew close. He reminded me of my younger brother back home — kind, passionate, and full of warmth. His energy drew people in, and I, like many others, naturally gravitated toward him. I am writing this letter to share with you the Tarek I know and have come to love.

From the moment I first met Tarek, he exemplified what it means to care for your community. After a protest, an older woman, exhausted from marching, sat on a curb. I remember scrambling through my backpack, hoping I had an extra water bottle to give her — I didn't. Not even a minute later, I watched a young man, cradling several bottles he had just purchased from a nearby food cart, approach her. Crouching down to her level, he offered her one, which she graciously accepted. What struck me wasn't only the act itself, but how he carried himself — unpretentious, with a humble smile across his face. Then, without pause, his eyes scanned the crowd. He spotted a mother with her kids and moved in their direction to offer them water as well. Later, I introduced myself to Tarek, knowing right then I wanted to be close to someone who carried himself with such quiet selflessness.

From knowing Tarek, I can say with certainty that his actions were not who he is at his core, but the result of grief and pain. As a Palestinian, I, like Tarek, have had to grapple with "normalcy" while watching, day after day, countless videos of children's bodies pulled from rubble. This is not normal. These are images that sear themselves into your mind, and then you're somehow expected to carry on as if your heart doesn't perpetually ache from the feeling of helplessness. I am over a decade older than Tarek, and even I find it difficult to go to class, study, and spend time with friends knowing my people are being starved and murdered daily. At Tarek's age, I don't think I would have been able to compartmentalize my emotions and actions.

What stands out to me now is his maturity throughout this ordeal. He has never denied the weight of his choices. He shows real remorse. And he has reflected deeply on how he will grow from this moment. I believe with guidance and support; Tarek can transform this experience into a turning point in his life.

This tribulation has weighed heavily on Tarek and on the people closest to him, who know the kind of person he truly is. The thought of this gentle young man locked in a cell, deprived of the love and warmth of his family and friends, chills me to my core. Only 20 years old and unsure of what the future holds, I can only imagine the torment in his mind as time — unrelenting—ticks by like sand slipping through a colossal hourglass. I watch as his sister pushes her immeasurable

grief aside and continues to do everything within her power to advocate for her brother. Tarek's incarceration has left a void in our community, which longs for nothing more than to have his smile light up our hearts again. For me, it is heartbreaking to see someone I care for so deeply endure this, knowing the kindness and potential that the world is being deprived of.

Looking ahead, I believe Tarek will use this experience as a foundation for growth and a renewed sense of purpose. He is still so young, with his whole future in front of him, and I have no doubt he will carry the lessons from this hardship into the next chapters of his life.

As his friend, I will continue to support him however I can. I will stand by him as he rebuilds and help him find opportunities to move forward. Tarek is surrounded by people who believe in him, who know the good he is capable of bringing to the world, and I am confident he will not let this chance at redemption go to waste.

Thank you for taking the time to read this letter. I ask that you see in Tarek what those closest to him hold onto every day: a young man with a heart of gold, who feels deep remorse, and deserves the opportunity to close this painful chapter in his life and begin anew, with a future defined by growth and purpose.

Respectfully,
Fadi Shuman