# EXHIBIT H

**Letter of Support**

**To:** Honorable Richard M. Berman
     United States District Judge
     Southern District of New York

Dear Honorable Richard M. Berman,

My name is Sabida Ahmed and I am writing this letter in support of Tarek Bazrouk. I am a close friend of both Tarek and his sister Anwar. I first met Tarek through his sister who has become one of my closest best friends too.

My first ever interaction with him was through a community-led event and that in itself speaks volumes about who he is as a person - someone who shows up whenever and however when support is needed for his community and beyond. His sister runs a small business where she hosts workshop classes for embroidery and a portion of the funds go to charitable organizations. Whenever I attended these workshops, I got to observe how earnest and caring of a friend and brother Tarek is. From helping his sister set up the classes and staying through all the events to helping her clean up, he is the kind of person to drop everything to show up for others. He even offers to bring my friends and me food during and after the events, always tips extra whenever we're at a cafe to show support for small businesses, and constantly offers us rides home. I live the furthest away and my commute is extremely long but Tarek always offers up a ride to my home no matter how late it is or how busy he is and that is something I will always be grateful for. Through these car rides, I got to learn how witty and funny he is too. I have never had a brother but I imagine this is what it is like to have one and makes me wish I did. Tarek has felt like a little brother to all of us now and he truly set the standards high up.

I know that Tarek deeply regrets his actions that led him to where he is now. He has grown up watching his community get deeply hurt in more ways than possible and more than a child can ever take in. Now his incarceration has emotionally and financially impacted his family and friends' livelihoods. He feels the weight of this case affecting his family and is extremely apologetic about it. The traumatic effect on his family from his parents and grandmother to his siblings because they had to witness his arrest first hand has impacted them heavily. I have seen his sister struggle to cope with this case and it has mentally drained her from being able to focus on herself and her own work ventures. Whenever I am able to meet her, Tarek is the only thing on her mind.

Tarek deserves the opportunity at life, work, and school like any 20-year old would have at this stage. There is so much growth and learning yet to be done as a young adult and the time he has done thus far has already proven that he is progressing as a person.

Thank you for taking the time to read this.

Best Regards,
Sabida Ahmed