# EXHIBIT I

# NOTICE TO INMATE POPULATION
## FEBURARY 22, 2025

On February 22, 2025, at approximately 1:05 p.m., multiple inmates became disruptive and utilized weapons during an incident. An institutional investigation is underway to ensure this was an isolated incident. In the interest of safety and security for staff and the inmate population the following measures have been taken.

All inmate activities will be suspended until further notice, to include social visitation. Legal visitation will continue during this modified operation.

The inmate population will remain on modified operations throughout weekend. Executive staff will revisit the modified status on Monday, March 3, 2025. This does not mean that the operation will be lifted.

When serious illicit activities are observed, you are encouraged to discreetly bring it to the attention of a staff member, so that appropriate action can be taken. With the support from you all residing together as a concerned community, there can be a positive impact on the conditions of your confinement, to include less frequent disruptions in normal operations.

If you have questions or concerns, you may discuss the matter with the Captain or any other Executive Staff member.

## AVISO A LA POBLACIÓN INTERIOR

El 22 de febrero de 2025, aproximadamente a la 1:05 p. m., varios reclusos se comportaron de manera disruptiva y utilizaron armas durante un incidente. Se está llevando a cabo una investigación institucional para garantizar que se trató de un incidente aislado. En aras de la seguridad del personal y de la población reclusa, se han tomado las siguientes medidas.

Todas las actividades de los reclusos se suspenderán hasta nuevo aviso, incluidas las visitas sociales. Las visitas legales continuarán durante esta operación modificada.

La población reclusa permanecerá en estado modificado durante todo el fin de semana. El personal ejecutivo volverá a examinar el estado modificado el lunes 3 de marzo de 2025. Esto no significa que se levantará la operación.

Cuando se observen actividades ilícitas graves, se le recomienda que se lo comunique discretamente a un miembro del personal, para que se puedan tomar las medidas adecuadas. Con el apoyo de todos ustedes que residen juntos como una comunidad preocupada, puede haber un impacto positivo en las condiciones de su confinamiento, que incluya interrupciones menos frecuentes en las operaciones normales.

Si tiene preguntas o inquietudes, puede discutir el asunto con el Capitán o cualquier otro miembro del personal ejecutivo.

THE DISCLAIMER
*** This is a translation of an English-language document provided as a courtesy to those not fluent in English. If differences or any misunderstandings occur, the document of record shall be the related English-language document.***

***Esta es una traducción de un documento escrito en inglés, distribuido como una cortesía a las personas que no pueden leer inglés. Si resulta alguna diferencia o algún malentendido con esta traducción, el único documento reconocido será la versión en inglés.**