# EXHIBIT J

Dear Honorable Richard M. Berman

My name is Fady Bazrouk, I am Tarek Bazrouk's older brother. I am a recent college graduate and have earned a Bachelor's Degree in Business Management and Administration as well as making it on the honors roll. I am currently seeking employment in the business field.

My brother Tarek is a very kind hearted and selfless person. He's known to put others first, even before himself, making sure everyone around him is happy, as he never likes to see anyone around him sad or down. Tarek was always giving back to the ones around him such as taking them out to eat, getting them gifts, driving them to their home or destination and other small, kind gestures. Tarek always gave back to the local kids in the community and I believe he will continue to do that if you allow him to return home as soon as possible.

Tarek always encouraged his friends to do good and to stay on the right track. He encouraged them to continue to do the best for their future and their careers. This past Ramadan I recall Tarek volunteering at our local mosque. He distributed food to individuals breaking their fast and helped clean up afterwards when he, himself was also fasting. This shows he put others before himself. Most recently, one of Tarek's friends diagnosed with a disability that leaves him paralyzed from the waist down was hospitalized. My brother spent all day at the hospital with him, he had brought his friend food, coffee and made sure he had company for the day. There was another time, I wasn't keeping up with my work in class and I wasn't feeling my best. I had thought about dropping the course, Tarek saw me stressed out and had asked me why I was stressed out. I told him that I was struggling in this class, he encouraged me not to drop the class and to keep trying. He went as far as helping me study for the class and told me to ask the professor for extra credit and 1 on 1 help. I ended up passing the class. If it wasn't for Tarek's words of encouragement and motivation, I would have followed through with dropping the class. My brother has been there for me throughout all my accomplishments, he attended my graduation, celebrated my birthday with me and more. I could go on about how amazing he is.

I know that Tarek has made a terrible mistake but I also truly believe in redemption and that people are able to learn from their mistakes. I know that Tarek has and will learn from his past actions. Tarek has shown deep remorse for assaulting others and using violence. He knows our parents raised him and all of us better than that. Tarek knows when he has done something wrong and he always makes up for it. Tarek has taken responsibility for his actions and I know that he will return home motivated to be the person he was raised to be.

Tarek's incarceration has taken a huge toll on his mental health, He seems sad and anxious and the tone in his voice has changed. He doesn't seem to be happy or energetic like he was before his incarceration. When I visit Tarek I try to lift his spirits by cracking jokes but I can see he doesn't laugh at my jokes as much as he used to before his arrest. I can tell Tarek misses a lot of his friends who he does not get to communicate with due to the strict visitation rules at MDC. His uncle and grandmother haven't been able to see him since his arrest. He sees his grandma as his 2nd mother as she practically helped raise him since he was born. Therefore, not being able to see each other has been really difficult on them both, especially my

grandmother as she is extremely old and fears she will pass away before saying her final goodbyes to Tarek. Tarek's arrest has impacted me because I have nobody around me to keep me happy and to motivate me to pursue my career goals. Ever since Tarek's absence everything has felt different. Tarek was more than just a brother to me. I felt like he was the only one who truly understood me and the only person I can vent to. Ever since his absence all my emotions have been bottled up and I have been feeling depressed. Tarek is my only brother, he is my younger brother not knowing how he is doing deeply affects me. When Tarek is not near me, it is as if a part of me is missing.

Once Tarek is released he plans to complete his bachelor's degree in Business and Marketing at Baruch. I plan to help Tarek get back on track from this setback by helping him throughout his college journey as well as giving him advice and words of encouragement while he continues getting his college degree. When Tarek gets out I also plan to help him get internships and apply to internships within the field of business and marketing. I also plan to help him apply for jobs as well as connect him with people who I know that work in the business field that could help him potentially get a job. Tarek plans to continue to live with us, his family in NYC once he is released. I plan to always be Tarek's emotional support system when he gets out as I was before his arrest. I plan to make sure Tarek stays on the right and successful path. I hope you find it within your heart to release Tarek, as I feel that he has learned his lesson and I am confident Tarek will do everything to make sure he stays out of trouble.

Sincerely,
Fady Bazrouk