# EXHIBIT K

To Judge Richard M. Berman,

My name is Raysa Chowdhury, and I am a proud New Yorker, a Harvard graduate, and a teacher who has worked with incarcerated youth. Growing up and living in New York City has given me the privilege of being part of a diverse and resilient community, and my work as an educator has allowed me to see the immense potential that young people hold when they are given the right support and opportunities. With that lens, I want to share my support for Tarek Bazrouk, who I know through his sister, my best friend. Over the years, I have come to know Tarek not only as her brother, but also as someone I deeply respect and admire.

Tarek is one of the most caring and selfless people I know. No matter the circumstances, he has always gone out of his way to look out for me and others around him. I can recall countless nights when he insisted on giving me a ride home, even though I live in Queens and he lives in Manhattan. It didn't matter how late it was or how far out of the way, his priority was always making sure I got home safely. That kind of generosity and kindness is rare, and it speaks volumes about the type of person he is.

As a Palestinian, I can only imagine the deep pain and heartbreak Tarek has carried while witnessing the suffering of his own people. Knowing that his family and friends are directly impacted makes that burden even heavier. Tarek is also still very young, and I believe the weight of that grief and responsibility affected his decision-making.

His arrest has not only affected him but also deeply impacted his family, especially his sister, my best friend. I have seen firsthand how devastated she has been. She has lost so much weight, struggles to sleep, and carries a visible sadness each day knowing her brother is locked up. Watching her go through this has been heartbreaking, and it shows how much this situation has shaken those who love him most.

As a teacher, I have worked with many young people and have learned to recognize potential when I see it. Tarek is incredibly smart, thoughtful, and capable of achieving great things. I know he has a bright future ahead of him and deserves the opportunity to live his life fully and contribute to the world in a meaningful way.

I ask that you see Tarek for who he truly is: a caring, intelligent, and compassionate young man who has so much to offer. He deserves the chance to continue growing, learning, and building a future that reflects his potential.

With warmth and sincerity,
Raysa Chowdhury