# EXHIBIT L

Honorable Richard M. Berman
United States District Judge
Southern District of New York

Dear Judge Berman,

My name is Jihad Hasan, and I am Tarek's friend. I am writing
to share my perspective on who Tarek is as a person, friend,
and community member.

I have known Tarek for around four years now. I first met him
around May of 2021, on a bus to Washington DC, where
thousands nationwide were protesting in front of the White
House. Over 35,000 Americans met at the Lincoln Memorial
to protest the ongoing events in Israel and Palestine. Muslims,
Christians, and Jewish people marched side by side to
peacefully protest and express their opinions. Tarek was one
of these people who was protesting in the crowd. He came
with his sister and throughout the entire time, he was there for
all of us. He would give us water whenever we were thirsty,
and he would even offer water to random strangers in the
street participating in this rally for humanity. This showed me
how kind he is as a person. It also showed me that he can
develop into a community member who can truly make a
difference in the world. Ever since then, I noticed that he was
deeply committed to the issue at hand in Palestine. I've always
wondered why until he told me it was because his cousin was
murdered amidst the conflict. At the time, he didn't even
graduate from high school. He was so young, yet acted so
mature. Despite this personal tragedy, I have always seen
Tarek as an optimistic person who would always smile and
help those around him. He was eager to learn and grow as a

person. Education and school were two things he deeply valued, which is why he aspired to pursue a college education and was always reading books about worldly issues. Therefore, when he graduated from high school, I was so happy for him, and I knew he was excited to go to college as well. He was a young man with dreams and aspirations... he remains this young man with dreams and aspirations.

I understand that Tarek made mistakes, but I also know that he feels deep remorse for hurting other people. From what I have seen, this experience has already changed him. I am sure that the time he has served has already humbled him as a person and taught him so much. Everyone makes mistakes, but everyone also deserves a second chance to make things right, and I believe Tarek can make things right. I believe that he will go back to college and pursue his education because he is still that young boy with dreams and aspirations.

Looking to the future, Tarek wants to go back to school, care for his family especially his siblings who've been deeply affected by the current situation. I will also try my best to be there for Tarek, to make sure he changes as a person and goes back to school because I believe that's what his heart desires.

Thank you for taking the time to read my letter. I hope my words give you a better understanding of the person I know Tarek to be.

Sincerely, Jihad Hasan.