# EXHIBIT M

Dear Judge Berman,

My name is Nabil Shamee, I am a resident of Manhattan, NYC and a recent graduate of Hunter College with a degree in Biology. I have been friends with Tarek Bazrouk for more than 7 years. Tarek is a strong and loyal friend, and I have witnessed firsthand the positive impact he has on those around him. I went to the same High School as him and he has always shown kindness, and a deep sense of responsibility to help his family, friends and community. There was one time in History class where we had a group project. One of our team members was struggling with the project because of personal issues at home. Instead of focusing on his own part of the project, Tarek took it upon himself to check in on this person and offer support, and even helped them to catch up on the work that they missed. This was one of many times that I saw Tarek demonstrate his sense of responsibility and support. Tarek was supposed to graduate with his associates degree this May when he was incarcerated, and he had plans to continue on to get his bachelors degree and to get a job in the business & marketing field. He has a strong passion for the field and is eager to work and contribute to it. Overall, Tarek has always been a loyal and strong friend to me and deserves the chance to follow his passions and to support and be there for his friends, family and community. Thank you for your time and consideration.

Sincerely,

Nabil Shamee

*Nabil Shamee*