# EXHIBIT N

Honorable Richard M. Berman
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**Dear Honorable Judge Berman,**

My name is Daniel Cione and I am an attorney licensed to practice in the State of New York. I am writing to express my strong support for my friend Tarek Bazrouk, who is currently before you for sentencing. I have known Tarek for over four years, beginning in 2021.

I first met Tarek at community events in the Bay Ridge neighborhood, where he consistently showed up with a warm smile and a helpful attitude. I never knew him to be anything besides a respectful person who was always ready to lend a hand to anyone who needed help with anything. In the four years I have known Tarek, I have never seen him engage in any criminal or immoral behavior, only in acts of genuine generosity and kindness.

As an attorney, I understand the seriousness of the offense that Tarek has plead guilty to, and I do not intend to minimize the impact of his actions. Without excusing his actions, the Bazrouk family has not escaped the devastation wrought upon the Palestinian community in the past nearly two years. I consider myself extraordinarily lucky to not have experienced the trauma of having your countrymen and relatives be killed in unimaginable circumstances overseas, unlike what Tarek has experienced. Tarek is not a hardened criminal. Tarek is a Palestinian-American who made serious errors in judgment after seeing his government enable massacres in the country his family came here from. In light of this, I believe his incarceration in the Metropolitan Detention Center, an institution by all accounts considered extremely dangerous and unhealthy, for the past several months, has done more than enough to deter Tarek from the kind of actions that put him there in the first place. Although I haven't spoken to him since he was incarcerated, I have tried to show up to as many of his court appearances as my schedule allows to show that he has a community that cares about him.

In light of Tarek's unwavering family support, his life-long connections to his community, and his potential to lead a life that his family can be proud of, I respectfully request the Court to consider leniency in sentencing. I believe a sentence of time served that allows Tarek to continue his education and lead a abiding life amongst his loved ones would be just and beneficial not just for Tarek, but for his family, his community, and society in general. To speak for myself, I am more than willing and ready to help Tarek however I can in the months following his incarceration. As a graduate of CUNY Hunter College and CUNY School of Law, I am ready to help Tarek get back in track with his education and provide any kind of mentorship and guidance that I can.

Thank you for your time and consideration of this letter, and I humbly ask that the Court impose a sentence of time served for my friend Tarek Bazrouk.

_Daniel Cione_
Daniel Cione, Esq.