# EXHIBIT O

Your Honor Richard M. Berman

My name is Ahmed Etman, and I'm writing this letter about my close friend Tarek Bazrouk. I have known Tarek for quite some time now, and I can say with full honesty that he's one of the kindest and most caring people I've met.

What always stood out about him is how much he looks out for others. He's the type of friend who has checked on me just because, or will notice when you're going through something even if you don't say a word. I've seen him put aside his own comfort just to help someone else out. That's just part of who he is, and it's why he means so much to the people around him.

I know he has made a mistake, but those mistakes don't define the person I know. Tarek's life hasn't always been easy, and that played a role in some of the decisions he made. But I also know he regrets them deeply. In Islam, we believe no one is beyond forgiveness if they turn back and try to do better, and I know that I will see that change in him. He reflects more now, he speaks about wanting to rebuild, to his family and I can tell he's serious about moving forward in the right way and I beg you give him the opportunity to start rebuilding his life.

His absence has been really hard on his family and on all of us who care about him. But I believe this time has humbled him and reminded him of what truly matters. I know he's capable of starting fresh, and I plan to be there for him when he comes home — to support him emotionally, help him get back on his feet, and make sure he has the right people around him.

Your Honor, Tarek is a good-hearted person who slipped up, but I believe with all my heart that he has the strength and faith to turn things around. I pray that God guides him, grants him ease, and allows him to use his good qualities in a way that benefits those around him and that you find it in your heart to grant him a sentence of time served.

Thank you for taking the time to read this.

Sincerely,
Ahmed Etman