# EXHIBIT P

Honorable Richard M. Berman
United States District Judge
Southern District of New York

Dear Judge Berman,

My name is Khaldia Benguetib, and I am writing to you on behalf of Mr. Tarek Bazrouk. I have known Tarek and his family for the past 6 years. I feel honored to share with you the person I known him to be.

Tarek is a young man I have always known to be friendly, hardworking, caring, kind, motivated, helpful, among many other qualities. He always said Hello to me and will offer assisting me with carrying my grocery. He once asked me to assist him with work search and I did. That showed me that he was thinking about his future and financial stability. He was motivated to do so. He did tell me that he was young and still trying to find himself and be a better individual. I always reminded him that no one is perfect. The importance is to learn from our mistakes.

Since his incarceration, his family members shared with me that they noticed a change with Tarek as they visit him me weekly. He has expressed remorse, reflection, and the determination to improve as a human being. His arrest and incarceration has been very difficult on both him and his love ones, but I also believe it also has been a turning point. He has shared with his family plans for his future, education, work, family commitments, counseling, etc. I am committed to supporting him when he reenters the society.

Your Honor, I respectfully ask that you take into consideration the person Tarek truly is outside this case. He has made mistakes, but he also has shown genuine desire to grow and to contribute to society and his family positively. I have no doubt with continued support, he will be able to rebuild his life.

Thank you very much for taking the time to read my letter and consider my perspective.


Respectfully,

Khaldia Benguetib