# EXHIBIT Q

**Honorable Richard M. Berman**
United States District Judge
Southern District of New York

Dear Judge Berman,

My name is Riki Ozone. I met Tarek when he was in the 6th grade through his older brother, whom I've known since we were 11 years old. We spent a lot of time together and Tarek was always respectful, and always kind.

In all the years I've known Tarek, I've seen him as someone who responds to others with the same energy and respect he's given. He's not someone who acts out of spite or with malice in his heart. I can recall a time when some of his friends misunderstood me and assumed I wasn't being friendly. It could've led to unnecessary conflict, but Tarek stepped in to clear the air.

I believe the actions that led to his charges were heavily influenced by environmental and emotional factors not because hate lives in his heart. In my view, he acted in a way that does not reflect the person I've known all these years. What happened was wrong, but I truly believe it was the result of acting out of emotion.

Though I haven't been in contact with Tarek while he's been incarcerated, I speak frequently with his brother. I've seen firsthand how devastated his family has been, there's deep pain, concern, and a sense of loss. There's a constant outpouring of sadness. For me personally, it's been difficult to watch. It's heartbreaking to see someone I knew as a young, kind-hearted kid now facing the possibility of spending a significant portion of his life behind bars. I don't say that to excuse his actions, but to express the very real emotional weight this has had on everyone who knows and loves him.

Although I haven't discussed his specific future plans with him, I believe that if given the opportunity, Tarek would do everything in his power to rebuild. I'm confident he would stay in New York and look for stable employment—and if needed, I would personally support him in finding a job and getting back on his feet. I believe he has the capacity to take responsibility, learn from this experience, and become a better man because of it.

Thank you for your time and for considering my words. I respectfully ask that you take this letter into account during sentencing.

Sincerely,
**Riki Ozone**