# EXHIBIT R

August 5th, 2025

Dear Judge Berman,

My name is Jad Alabed, and I am writing to you today to express my support for Tarek Bazrouk. I have known Tarek for a few years, and while he had initially started as a friend of a friend, he quickly became someone I saw as a brother, and I'd greatly appreciate it if you would allow me to provide some words that may attest to Tarek's character, morals, and reputation.

From the first time I had met Tarek, he struck me as a young man with a compassionate heart and a never fading smile. He is someone who I quickly learned to lean on, whether I needed someone to give me a ride, a few dollars for a meal, or simply someone to talk to after a hard day. He was a young man who would always be there for those around him. I recall one specific event where a young woman from our community was assaulted, and he took it upon himself to keep up to date with her, check in on her, and even reach out to friends to suggest they support her emotionally and financially as she was going through her hardships. From his best friends to people he knew very loosely, Tarek was a staple to the community and someone whose absence has touched the hearts of all, especially his siblings, who I've gotten closer to throughout his time at Metropolitan Detention Center. His sister, a CUNY graduate, has taken his incarceration the hardest. She has lost weight and constantly cries, and the worry over her youngest brother has been taking quite the toll on her. However, she isn't isolated in these feelings, his entire family has been struggling to deal with the idea of their beloved, warm hearted, brother, son, and cousin being incarcerated in one of the harshest institutions in NYC.

Tarek's arrest was a shock to us all, and we, including Tarek, understand what he did was wrong. While we do not condone the actions that led to his arrest, I do believe that the context of the situation matters. As a young man with roots overseas, Tarek has had to deal with the agony of the constant cycle of wars in the Middle East, which took the life of his cousin while he was only a baby and the trauma that came alongside knowing he couldn't do anything to help his family through their toughest times. This situation was especially hard on Tarek because he is, by nature, a provider. The charges against Tarek are heavy and carry a sentence that may ruin the rest of Tarek's adult life. We plead to you, Your Honor, to consider the context and to keep in mind the emotions of Tarek while he was participating in the protests.

To clarify once again, I, and the rest of Tarek's loved ones, understand the severity of his crime, and in no way will we attempt to sweep it under the rug. All that we are asking is that you take into account the buildup that may have led to Tarek's actions. Tarek himself understands his mistakes, pleaded guilty, and is taking this as a lesson to carry with him for the rest of his life. He has been consistently exercising, reading books, and working on improving himself overall. Tarek is a student at CUNY who is eager to get back to his studies and put this dark chapter behind him.

Thank you for giving us the ability to write to you and thank you for taking the time to consider the quality of man he is, and not only the mistakes he made in a rush of emotions. I pray that my words, along with the other letters you may receive, will help you to see that Tarek is not a danger to society, but in fact a blessing to our community and everyone around him.

Sincerely,
Jad Alabed