**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                Government,    :     25 CR. 203 (RMB)
                                            :
    - against -                           :     **ORDER**
                                            :
                                            :
TAREK BAZROUK,                              :
                                            :
                Defendant.     :
---------------------------------------------------------------x

        The sentencing scheduled for Tuesday, October 28, 2025 at 9:30 A.M. will take place in Courtroom 23B.

Dated: October 22, 2025
       New York, NY

                                  _____
                                       RICHARD M. BERMAN
                                            U.S.D.J.