**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                     Government,          :          25 CR. 203 (RMB)
                                                :
      - against -                              :          **ORDER**
                                                :
                                                :
TAREK BAZROUK,                                  :
                                                :
                     Defendant.           :
-------------------------------------------------------------x

        The sentencing scheduled for Tuesday, October 28, 2025 at 11:00 A.M. will take place in Courtroom 23B.

Dated: October 27, 2025
       New York, NY

                                                  _____
                                                         RICHARD M. BERMAN
                                                             U.S.D.J.