# CRIMINAL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
USA ,

                                                             Docket No.   25 CR 203   (RMB)

                      Government.

          -against-

Tarek Bazrouk,
                      Defendant(s)
-------------------------------------------------------------X

## Select the type of Hearing or Trial.

[ ]Allocution Hearing  [ ]Evidentiary Hearing  [ ]Material Witness Hearing  [ ]Removal Hearing
[ ]Appearance Through Counsel  [ ]Extradition Hearing  [ ]Motion Hearing  [ ]Revocation of Probation - Final Hearing
[ ]Appearance Without Counsel  [ ]Fatico Hearing  [ ]Nara Report Hearing
[ ]Arraignment  [ ]Forfeiture Hearing  [ ]Nebbia Hearing  [ ]Violation of Supervised Release
[ ]Attorney Appointment Hearing  [ ]Franks Hearing  [ ]Omnibus Hearing
[ ]Bench Trial  [ ]Hearing Out of Jury Presence  [ ]Oral Argument  [ ]Rule 44(c) Hearing
[ ]Bond Forfeiture Hearing  [ ]Hearing re Pro Se Status  [ ]Plea Agreement Hearing  []Scheduling Conference
[ ]Bond Hearing  [ ]In Camera Hearing  [] Plea  [X] Sentence
[ ]Bond Revocation Hearing  [ ]In Chambers Conference  [ ]Preliminary Examination  [ ]Show Cause Hearing
[]Change of Plea Hearing  [ ]Initial Appearance  [ ]Preliminary Revocation Hearing  []Status Conference
[ ]Competency Hearing  [ ]Initial Appearance - Revocation Proceedings  [ ]Pretrial Conference  [ ]Suppression Hearing
[ ]Contempt Hearing  [ ]Telephone Conference
[]Curcio Hearing  [ ]Initial Appearance - Rule 40  [ ]Pro Se (Faretta) Hearing  [ ]Trial Ready Hearing
[]Detention Hearing  [ ]James Hearing  [ ]Psychiatric Report Hearing  [ ]Voir Dire
[ ]Discovery Hearing  [ ]Jury Selection  []Other (Please Specify)
[ ]Dispositional Hearing (Juvenile)  []Jury Trial  [ ]Remand Hearing

    [ ]Began   [x] Held   [ ]Continued   [ ]Completed   [ ]Scheduled for

Date: 10/28/25   Time: 10:55 am   Duration: 3 hours 11 minutes

10/28/25   Judge Richard M. Berman presiding;
           AUSA Sam Adelsberg present;
           AUSA Jim Ligtenberg present;
           Defense attorney Andrew Dalack present;
           Defendant Tarek Bazrouk present;
           Court Reporter Rebecca Forman present;
           defendant sentenced;
           open counts dismissed on motion of the government;
           see judgment;
           defendant advised of right to appeal;
           see transcript of proceedings held for a complete record.

                                                      Submitted by   E. McManus
                                                              Deputy Court Clerk

**The above information is required for the JS 6 report to the AO.**