**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

TAREK BAZROUK,

Defendant.

---------------------------------------------------------------x

25 CR. 203 (RMB)

**ORDER**

The supervised release hearing scheduled for Tuesday, August 11, 2026 at 1:00 P.M. will take place in Courtroom 17B.

Dated: August 6, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.