**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government, 25 CR. 203 (RMB)

- against - **ORDER**

TAREK BAZROUK,

Defendant.

---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, September 16, 2026 at 9:30 A.M. will take place in Courtroom 17B.

Dated: September 11, 2026
New York, NY



RICHARD M. BERMAN
U.S.D.J.