(REV. 7/29/25)

# CRIMINAL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

BEFORE: Richard M. Berman, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America

Docket No. 25 Cr. 203 (RMB)

-against-

TAREK BAZROUK

Defendant(s).
------------------------------------------------------------X

**Select the type of Hearing or Trial.**

- ○ Allocution Hearing
- ○ Appearance Through Counsel
- ○ Appearance Without Counsel
- ○ Arraignment
- ○ Attorney Appointment Hearing
- ○ Bench Trial
- ○ Bond Forfeiture Hearing
- ○ Bond Hearing
- ○ Bond Revocation Hearing
- ○ Change of Plea Hearing
- ○ Competency Hearing
- ○ Contempt Hearing
- ○ Curcio Hearing
- ○ Detention Hearing
- ○ Discovery Hearing
- ○ Dispositional Hearing (Juvenile)
- ● Evidentiary Hearing
- ○ Extradition Hearing
- ○ Fatico Hearing
- ○ Forfeiture Hearing
- ○ Franks Hearing
- ○ Hearing Out of Jury Presence
- ○ Hearing re Pro Se Status
- ○ In Camera Hearing
- ○ In Chambers Conference
- ○ Initial Appearance
- ○ Initial Appearance - Revocation Proceedings
- ○ Initial Appearance - Rule 5(c)(3)
- ○ James Hearing
- ○ Jury Selection
- ○ Jury Trial
- ○ Material Witness Hearing
- ○ Motion Hearing+
- ○ Nara Report Hearing
- ○ Nebbia Hearing
- ○ Omnibus Hearing
- ○ Oral Argument
- ○ Plea Agreement Hearing
- ○ Plea and Sentence
- ○ Preliminary Examination
- ○ Preliminary Revocation Hearing
- ○ Pretrial Conference
- ○ Pre Se (Faretta) Hearing
- ○ Psychiatric Report Hearing
- ○ Remand Hearing
- ○ Removal Hearing
- ○ Revocation of Probation - Final Hearing
- ○ Revocation of Supervised Release - Final Hearing
- ○ Rule 44(c) Hearing
- ○ Scheduling Conference
- ○ Sentencing
- ○ Show Cause Hearing
- ○ Status Conference
- ○ Suppression Hearing
- ○ Telephone Conference*
- ○ Trial Ready Hearing
- ○ Voir Dire
- ○ Other (Please Specify) ____________________

**Select the action.**

**Date:** 10/20/2026 **Time:** 10:30 AM **Duration:** hr(s) 22 min(s)

Evidentiary Hearing held (supervised release);
Judge Richard M. Berman presiding;
AUSA Sam Adelsberg present;
Defendant Tarek Bazrouk present with defense attorney Andrew Dalack;
Court Reporter Kenadee Carreras present;
SDNY USPO Ji'vonne Gilmore present;
witness sworn for testimony;
documents entered into evidence - Court Exhibit A - transcript of proceedings held on 9/16/26;
Court Exhibit B - supervision memorandum;
issues discussed, among other things, counseling, new employment, schooling and family support;
next supervised release hearing is scheduled for 11/17/26 at 12:00 pm;
see transcript of proceedings for a complete record.

Submitted by A. Anderson
Courtroom Deputy/Law Clerk/JA

The above information is required for the JS 6 report to the AO.