**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

UNITED STATES OF AMERICA, :
:
Government, : 25 CR. 203 (RMB)
:
- against - : **ORDER**
:
TAREK BAZROUK, :
:
Defendant. :

--------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, November 17, 2026 at 12:00 P.M.

The court will send the link via email.

Dated: November 12, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**